OPINION — AG — ** COMPETITIVE BIDDING ACT — PUBLIC TRUSTS ** (1) PUBLIC TRUSTS CREATED UNDER 60 O.S. 176 [60-176] ET SEQ., ARE SUBJECT TO THE PUBLIC COMPETITIVE BIDDING ACT OF 1974, 61 O.S. 101-136 [61-101-136] WHENEVER A PUBLIC CONSTRUCTION CONTRACT IS TO BE LET OR AWARDED; (2) PUBLIC TRUSTS CREATED UNDER 60 O.S. 176 [60-176] ARE SUBJECT TO THE MINIMUM WAGES ON PUBLIC WORKS ACT OF 1965, 40 O.S. 196.1 [40-196.1] THRU 40 O.S. 196.12 [40-196.12] [40-196.12], WHENEVER ENGAGED IN PUBLIC WORKS AS DEFINED BY THE ACT, EXCLUSIVE OF MAINTENANCE WORK. (PUBLIC TRUSTS POLITICAL SUBDIVISION, MINIMUM WAGES) CITE: OPINION NO. 70-210, OPINION NO. 74-229, 40 O.S. 106.1 [40-106.1], 40 O.S. 106.2 [40-106.2](6), 40 O.S. 196.1 [40-196.1] 40 O.S. 196.2 [40-196.2](7), 51 O.S. 24 [51-24], 61 O.S. 101 [61-101], 61 O.S. 102 [61-102], 61 O.S. 103 [61-103] (JAMES B. FRANKS) SEE: OPINION NO. 92-525 (1992)